UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOE EDGER, | ) |
| | ) |
|     Movant, | ) |
| | ) |
| v. | )   No. 4:20 CV 397 CDP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

## MEMORANDUM AND ORDER

Movant Joe Edger asks that I issue a preliminary injunction enjoining LexisNexis from maintaining an unsealed copy of a Memorandum and Order entered in this case on its computer-assisted legal research platform that is available in the Federal Bureau of Prisons' law libraries.  LexisNexis is not a party to this case.  Nor is it in active concert or participation with any party in this closed action brought under 28 U.S.C. § 2255.  In such circumstances, I cannot issue an injunction.  Fed. R. Civ. P. 65(d)(2); *Piel v. Coonrod*, No. 6:17-03027-CV-RK, 2017 WL 6397493, at *1 (W.D. Mo. Dec. 14, 2017).

Accordingly,

**IT IS HEREBY ORDERED** that movant Joe Edger's Motion for Injunctive Relief [39] is **DENIED**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of October, 2024.